```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| FLAVIA STOVALL, | 1:16-cv-4839-NLH-KMW |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES GRAZIOLI; GILBERTO VELASQUEZ; JEFF WEISEMANN; LUIS PEREZ; STATE OF NEW JERSEY; and JOHN DOES 1-10, | |
| Defendants. | |

**HILLMAN**, District Judge

For the reasons expressed in the Court's Opinion filed today,

IT IS on this  22nd   day of  April   , 2020

**ORDERED** that Defendant's motion to dismiss (ECF No. 48) be, and the same hereby is, **GRANTED**; and it is further

**ORDERED** that Plaintiff's second amended complaint be, and the same hereby is, **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that the Clerk shall mark this matter closed.

            s/ Noel L. Hillman
At Camden, New Jersey    NOEL L. HILLMAN, U.S.D.J.