MAY 19 2020

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Full Caption in District Court:

Flavia Stovall
(Plaintiff)
v.
State of New Jersey Judiciary
Camden Vicinage, Superior Court
Jim Graziali, et als
(Defendant)

Docket No.: 16-cv-04839

Judge: Noel L. Hillman

Notice of Appeal to the
U.S. Court of Appeals for the
Third Circuit

Notice is hereby given that ___Flavia Stovall___
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from

[✓] Judgment, [ ] Order, [ ] Other _____
(Specify)
of the United States District Court, District of New Jersey, entered in this action on

___April 22, 2020___.
(Date)

Dated: May 20, 2020

___Clifford G. Stewart, Esq.___
Attorney for Appellant

___535 Thirteenth Ave___
Street

___Newark, New Jersey 07103___
City, State, Zip

___703-231-8100___
Telephone

Clifford G. Stewart, Esq.
535 Thirteenth Avenue
Newark, New Jersey 07103

U.S. District Court
Newark Vicinage

Notice of Appeal

Flavia Stew))
16-cv-04839